# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

B14030089

IN RE:

|  |  |
|---|---|
|  ] | Case Number 09-16943 |
|  ] | CH 13 |
| Daniel Trepanier;   ] | Judge A. Benjamin Goldgar |
| Gay A. Trepanier;   ] |  |
|  ] |  |
|  ] |  |
|  ] |  |
|  ] |  |

## RESPONSE OF MORTGAGE DEFAULT

Now comes HSBC Mortgage Services, Inc. by and through its attorney Nisha Parikh of the law firm of Freedman, Anselmo, & Lindberg, and files a statement of mortgage default amount.

Account ending in last four digits of XXXXXX5463, the first lien on the property, is post-petition due for 12/28/2011 to 2/28/2014 in the amount of $570.35 each, the total debt is $15,399.45.

                                HSBC Mortgage Services


                                /s/Nisha Parikh
                                One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661   630-428-4620 (fax)
Attorney No.  Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

    I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on March 14, 2014 addressing the following:

TO:    Daniel Trepanier, 744 Kirkwood Ave., Winthrop Harbor, IL 60096
          Gay A. Trepanier, 744 Kirkwood Ave., Winthrop Harbor, IL 60096
          Kenneth S. Borcia, P.O. Box 447, Libertyville, IL 60048
          Glenn B. Stears, 801 Warrenville Road, Suite 650, Lisle, IL 60532